UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH M. WEBB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:22-cv-07829-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $3,397.55 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 02, 2023

_____
JOHN D. EARLY
United States Magistrate Judge